U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 09 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**TERRY PRUDHOMME**                               CIVIL ACTION NO. 07-1667

-vs-                                              JUDGE DRELL

**N. BURL CAIN, WARDEN,**                         MAGISTRATE JUDGE KIRK
**LOUISIANA STATE PENITENTIARY**

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

    __X__  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

    _____  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

_____

_____

SIGNED on this ___ day of January, 2008, at Alexandria, Louisiana.



DEE D. DRELL
UNITED STATES DISTRICT JUDGE